# UNITED STATES DISTRICT COURT

# EASTERN DISTRICT OF WASHINGTON

| | |
|---|---|
| RICHARD ANTHONY RIVERS, SR., <br><br> Plaintiff, <br><br> vs. <br><br> CAROLYN W. COLVIN, <br><br> Acting Commissioner of Social Security, <br><br> Defendant. | No. 2:15-CV-101-FVS <br><br> ORDER ADOPTING REPORT AND RECOMMENDATION TO DENY PLAINTIFF'S MOTION FOR SUMMARY JUDGMENT AND GRANT DEFENDANT'S MOTION FOR SUMMARY JUDGMENT <br><br> ECF Nos. 12, 13, 20 |

**BEFORE THE COURT** is the Report and Recommendation issued by Magistrate Judge Mary K. Dimke on June 22, 2016, ECF No. 20, recommending Plaintiff's Motion for Summary Judgment, ECF No. 12, be denied and Defendant's Motion for Summary Judgment, ECF No. 13, be granted. No objection was filed.

ORDER ADOPTING REPORT AND RECOMMENDATION TO DENY PLAINTIFF'S MOTION FOR SUMMARY JUDGMENT AND GRANT DEFENDANT'S MOTION FOR SUMMARY JUDGMENT ~ 1

After review, the Court hereby adopts the Report and Recommendation in its entirety.  Accordingly, **IT IS ORDERED:**

1. The Report and Recommendation, **ECF No. 20**, is **ADOPTED** in its entirety.

2. Defendant's Motion for Summary Judgment, **ECF No. 13,** is **GRANTED**.

3. Plaintiff's Motion for Summary Judgment, **ECF No. 12,** is **DENIED.**

The District Court Executive is directed to file this Order and provide a copy to the parties.  Judgment shall be entered for Defendant and the file shall be **CLOSED**.

DATED July 19, 2016.

s/*Fred Van Sickle*
Fred Van Sickle
Senior United States District Judge

ORDER ADOPTING REPORT AND RECOMMENDATION TO DENY PLAINTIFF'S MOTION FOR SUMMARY JUDGMENT AND GRANT DEFENDANT'S MOTION FOR SUMMARY JUDGMENT ~ 2